```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AMERICAN TIBETAN HEALTH INSTITUTE, INC.,

                    Plaintiffs,            13 Civ. 2763 (LLS)
                                           13 Civ. 2638 (LLS)
        - against -
                                                ORDER

KAM NG, C&L INTERNATIONAL TRADING, INC.,
KANG LI TRADING, INC., and K&C
INTERNATIONAL TRADING, INC.,

                    Defendants.
------------------------------------------X
C&L INTERNATIONAL TRADING INC. and KAM NG,

                    Plaintiffs,

        - against -

CHUNG KEE (USA) INTERNATIONAL INC., YAT
CHAU (USA) INC., TUNG REN TANG, RON FENG
TRADING INC., FARGO TRADING INC., YONG LONG
SUPERMARKET INC., and PO WING HONG FOOD
MARKET INC.,

                    Defendants.
------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/29/13

    For the reasons stated on the record in open court on Tuesday, May 21 2013, these two cases are consolidated for all purposes, and the parties are to file a consolidated amended complaint and answer, together with other pretrial materials as directed at that hearing.

So ordered.

Dated: New York, New York
       May 23, 2013

                                                   */s/ Louis L. Stanton*
                                                   LOUIS L. STANTON
                                                      U.S.D.J.