

# Giuttari & Mertz Law Office P.C.
*45 West 34th Street, Suite 601, New York, NY 10001*
*Tel: (212) 714-0262  Fax: (212) 244-8184*

---

June 18, 2013

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 21C
New York, NY 10007-1312

   Re: C & L International Trading, Inc. and KAM NG v. Chung Kee (USA)
     International, Inc. et al. – **Index No. 13-CV-2638 (LS)**
     American Tibetan Health Institute Inc. v. Kam Ng, C & L International Trading,
     Inc., and K & C International Trading, Inc. – **Index No. 13-CV-2763 (HB)**

Dear Judge Stanton:

  At the conference held on Wednesday, June 12, 2013, we discussed the fact that the American Tibetan case, Case No. 13-CV-2763 (HB), had been marked for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project"). You decided and all parties agreed that in view of the complications already existing regarding the cases, involvement in the Pilot Project would do more harm than good. Therefore, you asked me to do whatever was necessary to keep the cases from inclusion in the Pilot Project, including the preparation of an order to be signed by your Honor.

  According to the Standing Order M 10-468 issued by Hon. Loretta A. Preska, Chief United States District Judge dated October 31, 2011, which designates a case for the Pilot Project, the case is so designated "unless the Judge to whom the case is assigned determines otherwise."

  I have prepared a simple order for your Honor which removes the American case from inclusion in the Pilot Project based on judicial discretion. If you think the order should contain more recitals, please let me know and I will submit an amended one to you for your consideration.

1

# Giuttari & Mertz Law Office P.C.

*45 West 34th Street, Suite 601, New York, NY 10001*
*Tel: (212) 714-0262  Fax: (212) 244-8184*

---

Very Truly Yours,

*[signature]*

I. Frederick Shotkin, Esq.

CC:   Otto O. Lee
      Intellectual Property Law Group
      12 South First Street, 12th Floor
      San Jose, CA 95113

      Kloss, Stencer & Lotempio
      69 Delaware Avenue – Suite 1003
      Buffalo, NY 14202
      Attn:   David W. Kloss, Esq.
              Philip Abramowitz, Esq.

      Anthony Nicholas Elia, III
      The Law Offices of Anthony N. Elia, P.C.
      74 Trinity Place – Suite 1609
      New York, NY 10007

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
AMERICAN TIBETAN HEALTH INSTITUTE, INC., a California corporation,

                  Plaintiff,

                  v.

KAM NG, an individual, C&L INTERNATIONAL TRADING INC., a New York corporation, KANG LI TRADING INC., a New York corporation, and K&C INTERNATIONAL TRADING INC., a New York corporation

                  Defendants.
---------------------------------------------------------------X

**Index No. 13-CV-2763HB**

**ORDER**

ORDERED:

That the within Action be removed from inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, by judicial discretion.

Dated:

                                                          JSC Stanton