UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
C&L INTERNATIONAL TRADING INC. and KAM NG,

    Plaintiffs,    13 Civ. 2638 (LLS)
             13 Civ. 2763 (LLS)
 - against -
              ORDER
CHUNG KEE (USA) INTERNATIONAL INC., YAT
CHAU (USA) INC., TUNG REN TANG, RON FENG
TRADING INC., FARGO TRADING INC., YONG LONG
SUPERMARKET INC., and PO WING HONG FOOD
MARKET INC.,

    Defendants.

------------------------------------X
AMERICAN TIBETAN HEALTH INSTITUTE, INC.,

    Plaintiffs,

 - against -

KAM NG, C&L INTERNATIONAL TRADING, INC.,
KANG LI TRADING, INC., and K&C
INTERNATIONAL TRADING, INC.,

    Defendants.

------------------------------------X

  On May 16, 2013, defendants filed a motion to dismiss plaintiffs' complaint, dated April 22, 2013 (defendants' motion is Dkt. No. 3). Thereafter, on July 26, 2013, plaintiffs filed an amended complaint, repleading and amending their claims. Accordingly, defendants' motion to dismiss the plaintiffs' claims as pleaded in plaintiffs' original complaint is dismissed as moot, without prejudice.

So ordered.

Dated: New York, New York
       September 30, 2013

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.