UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
AMERICAN TIBETAN HEALTH INSTITUTE, INC.,   :   Civ. 13-CV-2763 (LLS)
                                           :   ECF CASE
            Plaintiff,              :
                                           :   NOTICE OF
           -against-              :   ADDRESS CHANGE
                                           :
KAM NG, C&L INTERNATIONAL TRADING, INC.,   :
KANG LI TRADING, INC. and K&C INTERNATIONAL :
TRADING, INC.,                             :
                                           :
           Defendants.             :
---------------------------------------------------------------------- x

     PLEASE TAKE NOTICE that the undersigned, counsel for American Tibetan Health Institute, Inc. has relocated her law office to the following address: 225 W. 34th Street, 9th Fl., New York, NY 10122.

     PLEASE TAKE FURTHER NOTICE that the undersigned attorney's phone number is 646-783-9613 and fax number is 866-397-9167. The cell phone number and email address remain unchanged.

Dated:  New York, NY
          May 21, 2014

                                                    Respectfully submitted,

                                                  /s/ *Bonnie L. Mohr*
                                                  _____
                                                  Bonnie L. Mohr