✎AO 133     (Rev. 8/06) Bill of Costs

ELECTRONICALLY FILED

FILED: 10/13/2016

# UNITED STATES DISTRICT COURT

Southern     District of     New York

American Tibetan Health Institute, Inc.

V.

Kam Ng, et al.

Amended
**BILL OF COSTS**

Case Number:  13-cv-2763 (LLS)

Judgment having been entered in the above entitled action on  7/19/2016  against  Kam Ng, Kang Li Trading, et al ,

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . | **Itemization, pg. 3** | $350 ~~175.00~~ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . | **Itemization, pg. 5** | 100.64 ~~120.24~~ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | **Itemization, pg. 8** 2045.21 | ~~2,048.52~~ ~~3,081.02~~ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . | **Itemization, pg. 26** | 780.36 ~~2,358.81~~ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . | **Itemization, pg. 46** | 2613.40 ~~3,423.88~~ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . | **Itemization, pg. 71** | 14.50 ~~232.75~~ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . | **Itemization, pg. 78** 1,100.00 | ~~6,487.50~~ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . | **Itemization, pg. 87** 1,033.63 | ~~2,673.98~~ |

TOTAL  $  ~~18,489.18~~

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.  $8,037.74

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  Otto O. Lee

For:  American Tibetan Health Institute, Inc.                    Date:  8/18/2016

Name of Claiming Party

Costs are taxed in the amount of  $8,037.74 _____ and included in the judgment.

Ruby J. Krajick _____     By: _____     10/13/2016
Clerk of Court                              Deputy Clerk                      Date

✎AO 133     (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | · Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Daniel Liu, San Francisco, CA (Itemization, pg. 46) (1,597.34 x.50 apportionment) | | 798.67 ➕ | | | | | $798.67 |
| Brian Marcus, Esq., San Francisco, CA (Itemization, pg. 46) (1,529.84 x.50 apportionment) | | 764.92 ➕ | | | | | $764.92 |
| Daniel Liu, San Francisco, CA (Itemization, pg. 46) | | 1,860. ➕ | | | | | $1,860.29 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $3,423.88 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TIBETAN HEALTH INSTITUTE, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>KAM NG, C&L INTERNATIONAL TRADING INC., KANG LI TRADING INC., and K&C INTERNATIONAL TRADING INC.,<br>     Defendants. | Case No.: 13-cv-2763 (LLS)<br><br>**PLAINTIFF'S ITEMIZATION OF COSTS** |

The costs of the related actions 13 Civ. 2638 and 13 Civ. 2763 are inextricably intertwined, as the actions have been tried together and "these two cases [were] consolidated for all purposes" (*see* Docket No. 15, Case No. 13 Civ. 2638) until the Court's recent July 8, 2016 Order. For this reason, ATHI has submitted the costs incurred with both actions for the relevant time period, and requests the Court to apply a reasonable apportionment. Plaintiff requests an apportionment of half (50%) of the $28,601.70 in costs for the consolidated cases, equaling $14,300.85. Since the dismissal of case number 13-cv-2638, additional costs equaling $4,158.33 were incurred for case number 13-cv-2763, for a total request for taxation of costs, as shown in this Itemization of Costs, in the amount of $18,459.18.

Respectfully submitted,

Dated: August 18, 2016

By:  /s/ Otto Lee
     Otto O. Lee, Esq. (*pro hac vice*)
     INTELLECTUAL PROPERTY LAW GROUP LLP
     12 South First Street, 12th Floor
     San Jose, CA 95113
     Telephone: (408) 286-8933

Facsimile: (408) 286-8932
Email: olee@iplg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TIBETAN HEALTH INSTITUTE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KAM NG, an individual, C&L INTERNATIONAL TRADING INC., a New York corporation, KANG LI TRADING INC., a New York corporation, and K&C INTERNATIONAL TRADING INC., a New York corporation, <br><br> Defendants. | 13 Civ. 2763 (LLS) |

## DEFENDANTS' OBJECTIONS TO PROPOSED BILL OF COSTS

Defendants respectfully submit these objections to ATHI's proposed bill of costs. Defendants direct these objections solely to the ministerial computation of the bill of costs by the Clerk under the Federal Rules of Civil Procedure and the Local Rules of this Court. Defendants expressly reserve all other objections — including objections directed to the allocation of any taxed costs among the parties, as well as objections to the propriety of the imposition of costs — for consideration by the Court following the Clerk's taxation.

**1.      Process Server Fees (Page 5)**

ATHI seeks recovery of process-server fees, as well as witness fees.

Process server fees are not recoverable under Local Rule 54.1(c)(7): "Attorney fees and disbursements and <u>other related fees and paralegal expenses</u> are not taxable except by order of the Court." [Emphasis added.] There has been no order of the Court permitting recovery of process-server fees. Thus, the process server fees are not recoverable.

*[handwritten margin note: Allowable under Rules. Not witness fees]*

Nor was there any payment or proof of payment (e.g., cancelled check) showing that the witness fee was actually paid to the witness. Thus, upon the deficient showing made by ATHI, the witness fees are not recoverable.

In sum, none of the costs sought in this section should be allowed.

2.    **Court Transcripts (Page 8)**

ATHI seeks $2358.81 for transcripts of various proceedings before the Court. Local Rule Local Rule 54.1(c)(1) permits the recovery of costs for "transcript[s] of Court proceedings prior to or subsequent to trial . . . only when authorized in advance or ordered by the Court." [Emphasis added.] The Court has neither "authorized in advance [n]or ordered" such costs to be taxed.

*[handwritten margin note: TRIAL TRANS. ALLOWABLE UNDER Rules]*

In sum, none of the costs sought in this section should be allowed.

3.    **Copy Costs (Page 26)**

ATHI seeks the costs for printing various documents as well as for office supplies. Local Rule 54.1(c)(5) does not permit recovery of costs for copies: "A copy of an exhibit is taxable if the original was not available and the copy was used or received in evidence. The cost of copies used for the convenience of counsel or the Court are not taxable." [Emphasis added.] Additionally, ATHI does not indicate that the "original was not available" or which (if any) of these copies were "received in evidence."

*[handwritten margin note: POTENTIALLY ALLOWABLE UNDER the Rules]*

In sum, none of the costs sought in this section should be allowed.

4.    **Witness Reimbursements (Page 46)**

ATHI seeks $3,423.88 for the putative travel expenses of two witnesses. Certain elements of these costs should not be allowed.

A.    ATHI seeks costs for flying witness Daniel Liu between Phoenix, Arizona and the New York metropolitan area. However, according to Mr. Liu's own testimony, Mr. Liu was a local resident of New York. See Mar. 24, 2015 Trial Transcript at 168:8-12 ("I was a real estate agent in New York, and also a paralegal."). ATHI offers no explanation for why costs should be taxed to enable Mr. Liu to travel to and from a place where he is not a resident, and this cost should be disallowed.

*[handwritten margin note: ALLOWABLE under the Rules]*

B.    ATHI also seeks the purported costs for Mr. Liu's hotel
      from March 24-25, 2015.  As indicated above, Mr. Liu had
      testified that he was working in New York at the time
      and therefore would not have been entitled to hotel costs.
      See Mar. 24, 2015 Trial Transcript at 168:8-12 ("I was a
      real estate agent in New York, and also a paralegal.").

*[handwritten margin note: allowable that costs that was not Mr. Liu was N.Y. living in N.Y. at the time]*

      Separate from the question of his residency, Mr. Liu
      would not be entitled to two nights of hotel charges.  Mr.
      Liu's testimony was specifically scheduled to be
      completed by March 24 for his convenience.  See March
      24, 2014 Trial Transcript at 149:2-6 (ATHI's counsel
      explaining "[W]e have a witness [Mr. Liu] who is here
      today to testify that can only testify today.").

*[handwritten margin note: Reasonable that Mr. Liu arrived on 3/24 and for him to stay over till next day 1 day hotel allowable]*

      Even if Mr. Liu were not a New York resident, there is no
      reason why Mr. Liu needed to stay in New York City
      after his testimony, much less an entire extra day if he
      knew that he "can only testify today [on March 24]."
      Indeed, given the arrangements made for his benefit, Mr.
      Liu easily could have flown into New York City, testified,
      and left on the same day.

      At a minimum, the hotel costs for March 25 should be
      denied because Mr. Liu had already completed testimony
      the day before.  Additionally, in view of Mr. Liu's ability
      to have completed his testimony on March 24, he could
      have departed, and his hotel costs for March 24 should be
      disallowed as well.

C.    ATHI seeks costs for flying witness Brian Marcus via
      "Business" Class to New York (see Page 56).  Costs for
      Business Class seats are not recoverable as costs: "Such a
      witness shall utilize a common carrier at the most
      economical rate reasonably available." 28 U.S.C.
      1821(c)(1).  The costs of the business-class fare should
      therefore be disallowed.

*[handwritten margin note: allowable costs Mr. Marcus paid for to upgrade to Business Class see airline receipt]*

D.    ATHI seeks three days and two hotel nights of hotel costs
      for witness Brian Marcus.  Mr. Marcus testified on March
      25.  His testimony was short: the direct and cross
      examinations combined took up only 15 double-spaced

*[handwritten margin note: Mr. Marcus is only seeking 2 day hotel which is reasonable night before and leave day after.]*

pages in the transcript.  (See Mar. 25, 2014 Trial Transcript at 205-20.)  In view of the brevity of Mr. Marcus's testimony, there was no reason why he needed lodging for three days and two nights in New York City. Mr. Marcus's hotel costs should be disallowed.

*reasonable that he had to arrive day before and leave day after.*

E.  ATHI also seeks $112 for three days of parking fees for Mr. Marcus.  As indicated above, Mr. Marcus testified for only a few minutes on March 25, 2014.  There was no justification for the costs of three days of parking.  The costs of two days' parking should be disallowed.

*allowable*

F.  ATHI also seeks $1073.63 for purported hotel fees incurred by witness Daniel Liu from July 10-14, 2016. However, the receipt produced does not show a room for Daniel Louie, but rather for Otto Lee, ATHI's lawyer. Nor would Mr. Liu be entitled to four nights of hotel lodging: Mr. Liu testified for approximately two hours, all of which ended in one day.

*allowable. day before & night of trial & 242.00 per diem 2 reasonable*

5.  **Translation (Page 71)**

A.  ATHI seeks the costs of obtaining <u>five</u> copies of a New York State trademark.  Local Rule 54.1(c)(5) authorizes costs for only one such copy: "<u>A</u> copy of an exhibit is taxable if the original was not available and the copy was used or received in evidence."  [Emphasis added.]  "The cost of copies used for the convenience of counsel or the Court are not taxable."  Id.  Thus, the only the first copy for $6.00 should be disallowed.

B.  ATHI also seeks translation costs for newspaper ads.  The costs of translation are not recoverable: "'[C]ompensation of interpreters' in [28 U.S.C.] §1920(6) does not include costs for document translation."  Taniguchi v. Kan Pacific Saipan, Ltd., 132 S. Ct. 1997, 2011 (2012).  The translation costs should therefore be disallowed.

*not allowable*

In sum, subject to the Clerk's discretion, a maximum of $6.00 of the costs sought in this section should be allowed for the first copy of the New York State trademark.

6.    **Interpreters' Fees (Page 78)**

ATHI seeks costs for interpreter's fees for various proceedings. These
costs should be denied.

A.    Local Rule 54.1(c)(4) provides that "The reasonable fee of
a competent interpreter is taxable <u>if the fee of the witness
involved is taxable</u>." [Emphasis added.] Here, the fee of
the witness was <u>not</u> taxable for two reasons.

     First, the cost of an interpreter is not recoverable for a
<u>party</u> because the witness fee for a party is never taxable:
"No party to the action may receive witness fees . . . ."
Local Rule 54.1(c)(3)(sent.2).

     Ms. Lee was the corporate plaintiff's representative, and
as the natural person representing the plaintiff
corporation, her corporation would not be entitled to
recover her witness fees under Local Rule 54.1(c)(3).
Consequently, because Local Rule 54.1(c)(4) provides that
the cost of an interpreter cannot be taxed if "the fee of the
witness involved is not taxable," and because Local Rule
54.1(c)(4) disallows witness fees for parties, the costs of
the interpreters should be denied.

B.    Independent of the reasons above, the costs sought by
ATHI are also untaxable for piecemeal reasons.

    1.    ATHI seeks $2,325.00 for "Court Interpretation"
on March <u>22</u>, 2014. However, the 2014 trial didn't
start until two days later—on March <u>24</u>, 2014. <u>See</u>
March 24, 2014 Trial Transcript. ATHI's request
for $2,325.00 in "Court Interpretation" on March
22 therefore should be denied.

    2.    ATHI seeks a total sum of $4,800.00 for
interpreters' fees on March 27, 2014. There were,
however, no proceedings requiring interpretation
on March 27. <u>See</u> March 27, 2014 Trial Transcript
at 302-34. Ms. Lee's testimony had already been
concluded before the lunch break the day before,
on March 26. <u>See</u> March 26, 2014 Trial Transcript
at 204:20. Moreover, all witnesses had completed

Page 5 of 8.

examination the day before as well. See March 26, 2014 Transcript at 283:13. Because Local Rule 54.1(c)(4) provides that "[t]he reasonable fee of a competent interpreter is taxable <u>if the fee of the witness involved is taxable</u>" [emphasis added], but there were no witnesses on March 27, 2014, the interpreters' fees for March 27, 2014, should be disallowed.[1]

3.   ATHI seeks $100.00 for "English translation re: documents" incurred on August 25, 2014. Expenses for translations are not recoverable as costs. <u>Taniguchi v. Kan Pacific Saipan, Ltd.</u>, 132 S. Ct. 1997, 2011 (2012).

*AGREE w/ OBSERVATIONS*

4.   ATHI seeks $2,700.00 for a June 17, 2015 "Court Interpretation." This appears to be a fee for the 2015 second trial. However, ATHI was not the prevailing party at the 2015 second trial, and ATHI is not entitled to recover any costs arising out of that trial. <u>See</u> June 18, 2015 Transcript at 366:8-10 (verdict read as "C&L <u>did not know</u> that its sales of Kam Ng and her companies' products infringed ATHI's rights").

*AGREE w/ OBSERVATIONS*

5.   ATHI seeks $850.00 for a June 25, 2015 "Cantonese Interpretation." However, there was no trial nor any proceedings involving witnesses on June 25, 2015. To the extent that these were translation costs, such expenses are not recoverable as costs. <u>Taniguchi v. Kan Pacific Saipan, Ltd.</u>, 132 S. Ct. 1997, 2011 (2012).

*AGREE w/ OBSERVATIONS*

In sum, none of the costs sought in this section should be allowed.

---

[1]   Even if there had been testimony on March 27, the fee would not have been "reasonable." Even assuming that the proceedings went for an entire 8-hour day (which they did not), the fee for $4,800.00 would have resulted in a rate of $600.00 per hour.

7.    **Other Costs (Page 87)**

A.    ATHI seeks $622.50 in costs associated with the March 18, 2014 deposition of Shirley Lee.  Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial."  ATHI never proposed Ms. Lee's deposition transcripts at trial, and ATHI's submissions do not aver that ATHI had done so.  Accordingly, the costs for the March 18, 2014 deposition of Shirley Lee should be denied.[2]

*[handwritten: PARTIALLY UNDER Rules]*

B.    ATHI seeks $144.00 in costs for a "rough ASCI transcript" associated with the March 18 deposition of Shirley Lee.  Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial."  ATHI never proposed Ms. Lee's Rough ASCI transcript at trial, and ATHI's submissions do not aver that ATHI had done so. Accordingly, the costs for "rough ASCI transcript" of the March 18, 2014 deposition of Shirley Lee should be denied.

*[handwritten: AGREE NOT allowable]*

C.    ATHI seeks $1,636.50 in costs associated with the March 22, 2014 Transcript for Kam Ng.  Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial."  ATHI never proposed Ms Ng's deposition transcript at trial, and ATHI's submissions do not aver that ATHI had ever done so.  Accordingly, the costs for the March 22, 2014 deposition of Kam Ng should be denied.[3]

*[handwritten: ALLOWABLE TO ACCORDING TO RESPONSES #310 OBJECTIONS WERE USED IN WAREHOUSE OF PREPARATION OF DEPOSITION MOTIONS]*

D.    ATHI seeks $1,394.95 costs associated with the November 20, 2014 deposition of Sammy Chow.  Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial."  ATHI never proposed Ms. Chow's deposition transcripts at trial, and ATHI's submissions do

*[handwritten: B D as the Receipt As the ATTORNEY'S FOR ATTORNEY'S EYES ONLY]*

---

[2]    Even if the costs were taxable, the $622.50 sum sought  is unsupported and inconsistent with the sum indicated on the receipt (Page 88), which shows the purchase of four "DVD/MPEG-1" copies in addition to the regular transcript copy.  ATHI never proposed Ms. Lee's "DVD/MPEG-1" deposition transcripts at trial.

[3]    Even if the costs were taxable, the $1,636.50 sum sought includes items which are not taxable as the cost of a transcript, as shown in the invoice.  See Page 90.  Among the impermissible costs sought by ATHI are "Videographer Setup" Fees, "Videographer Hourly" Fees, "Video Files," and "Rush Premium" Services.

not aver that ATHI had ever done so.  Accordingly, the costs for the
November 20, 2014 deposition of Sammy Chow should be denied. [4]

E.     ATHI seeks $1350.00 in interpreters' costs associated with the
November 20, 2014, deposition of Mr. Sammy Chow.  Ms. Chow
was the representative for the defendant corporation C&L
International Trading Inc. in this litigation.

Local Rule 54.1(c)(4) allows for interpreters' fees only "if the fee of
the witness involved is taxable."  As stated above, Mr. Chow's
deposition transcript cannot be taxed because ATHI had not used
Mr. Chow's deposition transcript at trial.  This, because the
underlying "fee of the witness involved [was not] taxable," the
accompanying interpreters' fee cannot be taxed either.

Moreover, under Local Rule 54.1(c)(3)(sent.2), a party may never
receive witness fees: "No party to the action may receive witness
fees . . . ."  Because Ms. Chow was merely the president and
representative of C&L (a party), ATHI cannot recover witness fees,
and therefore cannot recover interpreters' fees.

In sum, none of the costs sought in this section should be allowed.


Dated:   September 1, 2016          Respectfully,
         New York, New York

                                    Mitchell M. Wong
                                    The Exeter Law Group LLP
                                    Forty Wall Street, Floor 28
                                    New York, New York 10005
                                    Tel.:    (212) 671-1068
                                    mwong@exeterlawgroup.com

                                    *Counsel for Defendantys*

---

[4]     Even if the costs were taxable, the $1,394.95 sum sought includes items
which are not taxable as the cost of a transcript.  Among the impermissible
costs are "Exhibit Fees," "Interpreter's Fees," "Draft Transcript (ASCII)"
and "Processing Surcharge[s]."

**Fees to Clerk**

| Date | Description | Cost |
|------|-------------|------|
| 4/24/2013 | Filing Fee for Summons and Complaint | $350.00 |

Consolidated cases

Total cost of fees to clerk    $350.00

**apportionment request (50%)**    **$175.00**



**DAVID W. KLOSS, ATTORNEY-AT-LAW**
IOLA ACCOUNT
69 DELAWARE AVE. SUITE 1003
BUFFALO, NY 14202

5147

10-4-220

DATE *April 24, 2013*

PAY TO THE ORDER OF *United States District Court Clerk* | $ *350.00*

*Three hundred and fifty dollars and 00/100* ~~~~~~ **DOLLARS**

**M&T Bank**
Manufacturers and Traders Trust Company
Transit Argyle Office

FOR *American Tibetan Health Filing of Action*

⑈005147⑈ ⑆0.220000046⑆ 9844069378⑈

C se No.: 13 c -2763

4

Plainti f s I emiz tion of Costs

## Fees for Service

| Date | Description | Cost |
|------|-------------|------|
| 5/26/2015 | One Legal Online Court Services ($199.95 - Priority Process Serving. $51.20 - Witness Fees, $1.33 convenience Fee) for: Plaintiff: American Tibetan Health Institute, Inc. Defendant: Ng, et al. Documents: Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action. Court Branch: United States District Court, Southern District of New York. Serve Information: Kam "Kelly" Ng. 6221 20th Avenue. Brooklyn NY 11204 | $252.48 |

$51.20 NOT ALLOWABLE

199.95 ALLOWABLE

1 33
_____
201.28
÷ 2
_____
$ 100.64

Consolidated cases

| | |
|---|---|
| Total cost for fees for service | $252.48 |
| **apportionment request (50%)** | **$126.24** |


**ONE LEGAL®**
ONLINE COURT SERVICES
504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

# Paid Invoice Receipt

| Date | 5/26/2015 |
|------|-----------|
| Acct. No. | 0063592 |
| Cash Sale # | 00242124 |
| Due Date | |

Intellectual Property Law Group LLP
Otto Lee
12 South First Street
12th Floor
San Jose CA 95113

---

Sales Order:    1776382

Firm Contact:    Bonnie J. Wolf

Filer Name:    Otto Lee

Billing Code:    ATHI.LT1

Plaintiff:    American Tibetan Health Institute, Inc.

Defendant:    Ng, et al.

Documents:    Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

Court Branch:    United States District Court, Southern District of New York

Target:

**Served:**

**Serve Info:**
Kam "Kelly" Ng
6221 20th Avenue
Brooklyn NY 11204

---

| Item | Amount |
|------|--------|
| **Priority Process Serving** | 199.95 |
| **Witness Fees** | 51.20 |
| **Convenience Fee** | 1.33 |

**Total**      $252.48

$100.64

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2% interest fee. One Legal does not mark up
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

6

C   Balance Due  -2763   $

## Chi Dien Mai

| | |
|---|---|
| **From:** | Kate Koch [kkoch@iplg.com] |
| **Sent:** | Thursday, May 28, 2015 9:27 AM |
| **To:** | Chi Mai |
| **Cc:** | 'Bonnie Wolf' |
| **Subject:** | FW: Transaction Notification for order #1776382 : Customer 0063592 |
| **Attachments:** | Credit Card Sale_00242124.pdf |

**From:** One Legal Accounting Dept. [mailto:accounting@onelegal.com]
**Sent:** Thursday, May 28, 2015 3:53 AM
**To:** olee@iplg.com
**Subject:** Transaction Notification for order #1776382 : Customer 0063592

Dear Intellectual Property Law Group LLP:

This email is to inform you that we have charged the item(s) below to your credit card on file:

Sales Order Number(s)/Amount(s):

1776382    252.48

Cash Sale # 00242124

Credit Card: ************8199

If you have any questions or concerns, please contact One Legal Accounting Support at 1-800-938-8815 or by email at accounting@onelegal.com .

Thank you for choosing One Legal.

## Fees for Court Transcripts

| Date | Description | | Cost |
|------|-------------|---|------|
| 3/27/2014 | Southern District Reporting P.C. (Transcripts) | O | $758.95 | *not for trial* |
| 3/31/2014 | Southern District Court Reporters - Fee for Order Certified Trial Transcript ($82.80 - 3/24, $141.60 - 3/25, $134.40 - 3/26, $40.80 - 3/27) | | $399.60 | ✓ *for trial* |
| 7/26/2014 | Southern District Reporters - Fee for Transcript of hearing before J. Stanton on July 22, 2014. | O | $221.40 | *Pre motion conference* |
| 8/5/2014 | Southern District Reporters - Fee Transcript of hearing before J. Stanton on 8/5/2014. | Ò | $272.34 | *Hearing* |
| 10/27/2014 | Southern District Reporters Fee for Transcript of Conference hearing before Judge Stanton on 10/24/2014. | O | $124.80 | *Conferences* |
| 2/26/2015 | Southern District Reporters fee for Transcript from 2/20/2015 Conference before Judge Stanton. | O | $219.78 | *Conferences* |
| 6/9/2015 | Southern District Reporters P.C. - Fees for Transcript of pre-trial conference transcript. $106.56 - Job Date 6/5/2015. $293.76 - Job Date 6/15/2015. $624.75 - Job Date 6/16/2015. $481.95 - Job Date 6/17/2015. $380.97 - Job Date 6/18/2015. | | $1,887.99 | *106.56 Conference* *$1,781.43 Trial transcript* |

Consolidated cases
Total costs for court transcripts  $3,884.86
apportionment request (50%)  $1,942.43

*399.60*
*178.43*
*2,181.03*
*÷ 2*
*1090.52*

| | Description | | Cost | |
|---|-------------|---|------|---|
| 11/6/2015 | Southern District Reporters P.C. - Transcript of October 29, 2015 conference before Judge Stanton | O | $146.52 | *Conf.* |
| 6/28/2016 | Southern District Reporters P.C. - Fees for Transcript of pre-trial conference on 6/20/2016. | O | $37.38 | *Conf.* |
| 7/12/2016 | Southern District Reporters P.C. - Certified Copy of June 2015 Trial Transcript | | $445.20 | *$445.20* |
| 7/19/2016 | Southern District Reporters P.C. - Trial Transcripts | | $270.81 | *270.81* |
| 7/26/2016 | Southern District Reporters P.C. - Trial Transcripts | | $238.68 | *238.68* |

Remaining 13-cv-2763 case
costs for court transcripts  $1,138.59  *954.49 trial trans.*

**Total costs for court transcripts**  $3,081.02

*$2045.71*

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

RECEIVED
MAR 27 2014

| | |
|---|---|
| INVOICE NO. | 0352771-IN |
| INVOICE DATE | 03/24/2014 |
| | |
| CUSTOMER NO. | 1024563 |
| WORK ORDER NO. | 143434 |
| SALESPERSON | Siwik, Christine |

Kloss.Stenger & Lotempio
69 Delaware Ave
Suite 1003
Buffalo, NY 14202-

Attention: David Kloss

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASE NO. 13CV02763 | | | | | | |
| 3/21/2014 | Original | 59 | PGES | At | 7.000 | 413.00 |
| 3/21/2014 | Diskette | 59 | PGES | At | 0.500 | 29.50 |
| 3/21/2014 | Real Time Unedited Trans | 59 | PGES | At | 3.050 | 179.95 |



NOT for TRIAL
# D

| | |
|---|---|
| Net Invoice: | 622.45 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 622.45 |

Case No.: 13 c -2763

INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

Kloss.Stenger & Lotempio
69 Delaware Ave
Suite 1003
Buffalo,  NY   14202-

Attention: David Kloss

| | |
|---|---|
| INVOICE NO. | 0352770-IN |
| INVOICE DATE | 03/24/2014 |
| CUSTOMER NO. | 1024563 |
| WORK ORDER NO. | 143410 |
| SALESPERSON | Siwik, Christine |

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASE NO.  13CV02638 | | | | | | |
| 3/21/2014 | Original | | 26 | PGES | At | 5.250 | 136.50 |

*Not for Trial*
*@ 0*

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 136.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 136.50 |

**Plainti f s I emiz tion of Costs**           **10**

# INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0356869-IN |
| INVOICE DATE | 04/04/2014 |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 143851 |
| SALESPERSON | Adrian Sharper |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie Jean Wolf

---

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE CASE NO. 13CV02638 | | | | | |
|---|---|---|---|---|---|---|
| 3/24/2014 | Copy | 69 | PGES | At | 1.200 | 82.80 |
| 3/25/2014 | Copy | 118 | PGES | At | 1.200 | 141.60 |
| 3/26/2014 | Copy | 112 | PGES | At | 1.200 | 134. |
| 3/27/2014 | Copy | 34 | PGES | At | 1.200 | 40.80 |

ALLOWABLE
$399.40
For TRIAL

---

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 399.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 399.60 |

ATML.LT)

Iw # 18852

# INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0380967-IN |
| INVOICE DATE | 07/30/2014 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 147270 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

Attention: Bonnie Wolf

---

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE
CASE NO. 13CV02638 | | | | | |
|---|---|---|---|---|---|---|
| 7/22/2014 | Original | 41 | PGES | At | 5.400 | 221.40 |

J.P.G. - BW

```
           5590107
    SOUTHERN DISTRICT REPO
     500 PEARL ST RM 330
     NEW YORK, NY 10007
       (212)805-0323

Term ID: 001          Ref #: 015

           Sale

XXXXXXXXXXXX6718
MASTERCARD      Entry Method: Manual

07/30/14                    17:19:46
Inv #: 000015    Appr Code: 08264J
Apprvd: Online      Batch#: 000250
AVS Code: Z
V-Code: M

Total:           $    221.40

         Customer Copy
           THANK YOU!
```

Confirmed

%O

| | | |
|---|---|---|
| Net Invoice: | | 221.40 |
| Less Discount: | | 0.00 |
| Freight: | | 0.00 |
| Sales Tax: | | 0.00 |
| Invoice Total: | | 221.40 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

# INVOICE

ATHi. LT/

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0388934-IN |
| INVOICE DATE | 08/18/2014 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 147866 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie Wolf.

---

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE |
|---|---|
| | CASE NO. 13CV02638 |

| 8/5/2014 | Original | 51 | PGES | At | 5.340 | 272.34 |
|---|---|---|---|---|---|---|

Hourly
Aug 2014
T.S.



$ ()
Horning

---

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 272.34 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 272.34 |

INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0403593-IN |
| INVOICE DATE | 11/12/2014 |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 150086 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Amanda Wiseman

---

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO.  13CV02763 | | | | | |
| 10/24/2014 | Original | 40 | PGES | At | 3.120 | 124.80 |



| | |
|---|---|
| Net Invoice: | 124.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 124.80 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.:  0412914-IN
INVOICE DATE:  02/26/15

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1024595
WORK ORDER NO.:  153657

SALESPERSON:  CSIW

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention: Amanda Wiseman

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
|---|---|---|---|---|---|
| | CASE NO.    13CV02763 | | | | |
| | Original | 5.00 | Pages at | $6.66 | 33.30 |
| | Original | 28.00 | Pages at | $6.66 | 186.48 |



| | |
|---|---|
| Net Invoice: | 219.78 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 219.78 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

```
                                          106.56
                                          293.76
                                          624.75
                                          481.95
                                          380.97
                                        $1,887.99
```

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445056-IN |
| INVOICE DATE | 06/09/2015 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157073 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

Attention: Amanda Wiseman

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO. 13CV02763 | | | | | |
|---|---|---|---|---|---|---|
| 6/5/2015 | Original | 16 | PGES | At | 6.660 | 106.56 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 106.56 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 106.56 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

ATH. ı Tı

| | |
|---|---|
| INVOICE NO. | 0445551-IN |
| INVOICE DATE | 06/23/2015 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157444 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie J Wolf

---

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO. 13CV02763 | | | | | |
|---|---|---|---|---|---|---|
| 6/15/2015 | Original | 64 | PGES | At | 4.590 | 293.76 |



$ 293.76

PAID

CK. NO. _____
DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 293.76 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 293.76 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

*ATHI, LTI*

| | |
|---|---|
| INVOICE NO. | 0445549-IN |
| INVOICE DATE | 06/23/2015 |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

| | |
|---|---|
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157445 |
| SALESPERSON | Siwik, Christine |

Attention: Bonnie J Wolf

---

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO. 13CV02763 | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/16/2015 | Original | 119 | PGES | At | 5.250 | 624.75 |

Entered on (T.S.)

5590107
SOUTHERN DISTRICT REPO
500 PEARL ST RM 330
NEW YORK, NY 10007
(212)805-0323

Term ID: 001          Ref #: 002

*$624.75*
*TRIAL*

Sale

XXXXXXXXXXX7448
MASTERCARD          Entry Method: Manual

06/24/15                    09:50:42
Inv #: 000002       Appr Code: 04479J
Apprvd: Online        Batch#: 000471
AVS Code: Z
V-Code: M

Total:          $    1,781.43

Customer Copy
THANK YOU!

P A I D

CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 624.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 624.75 |

C se No.: 13 c -2763

# INVOICE

ATHI. LTI

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445547-IN |
| INVOICE DATE | 06/23/2015 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157446 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA   95113

Attention: Bonnie J Wolf

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO.  13CV02763 | | | | | |
|---|---|---|---|---|---|---|
| 6/17/2015 | Original | 105 | PGES | At | 4.590 | 481.95 |



$ 481.95
Trial

P A I D

CK. NO. _____

DATE _____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 481.95 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **481.95** |

# INVOICE

ATHi, L-T/

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445545-IN |
| INVOICE DATE | 06/23/2015 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157447 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie J Wolf

---

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | AMERICAN TIBETAN V KAM·NG, ET AL. CASE NO. 13CV02763 | | | | | |
| 6/18/2015 | Original | 83 | PGES | At | 4.590 | 380.97 |



$380.97
TRIAL

P A I D

CK. NO._____
DATE_____

---

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 380.97 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 380.97 |

C se No.: 13 c -2763

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
.(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0461079-IN |
| INVOICE DATE | 11/06/2015 |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 161280 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie J Wolf

ATHi . )

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | AMERICAN TIBETAN V KAM NG, ET AL. | | | | | |
| | CASE NO. 13CV02763 | | | | | |
| 10/29/2015 | Original | 22 | PGES | At | 6.660 | 146.52 |



|  | |
|---|---|
| Net Invoice: | 146.52 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 146.52 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0470188-IN
INVOICE DATE: 06/28/16

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1024595
WORK ORDER NO.: 169084
SALESPERSON: CSIW

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention:Amanda Wiseman

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
| | CASE NO. | 13CV02763 | | | |
| 6/20/2016 | Original | | 7.00 Pages at | $5.34 | 37.38 |

| | |
|---|---|
| Net Invoice: | 37.38 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 37.38 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0470692-IN
INVOICE DATE: 07/12/16

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1024595
WORK ORDER NO.: 169566
SALESPERSON: CSIW

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention:Amanda Wiseman

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | | |
|---|---|---|---|---|---|---|
| | | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
| | CASE NO. | **13CV02763** | | | | |
| 6/15/2015 | Copy | | 64.00 | Pages at | $1.20 | 76.80 |
| 6/16/2015 | Copy | | 119.00 | Pages at | $1.20 | 142.80 |
| 6/17/2015 | Copy | | 105.00 | Pages at | $1.20 | 126.00 |
| 6/18/2015 | Copy | | 83.00 | Pages at | $1.20 | 99.60 |



|  |  |
|---|---|
| Net Invoice: | 445.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **445.20** |

**WE ACCEPT VISA. MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0470960-IN
INVOICE DATE: 07/19/16

CUSTOMER NO.: 1024595
WORK ORDER NO.: 169867
SALESPERSON: CSIW

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention:Amanda Wiseman

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. | 13CV02763 | | | | |
| 7/11/2016 | Original | | 59.00 | Pages at | $4.59 | 270.81 |



$270.81

TRIAL

| | |
|---|---|
| Net Invoice: | 270.81 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **270.81** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention: Amanda Wiseman

INVOICE NO.: 0471199-IN
INVOICE DATE: 07/26/16

CUSTOMER NO.: 1024595
WORK ORDER NO.: 169872

SALESPERSON: CSIW

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
|----------|---------|--------------------|------|----------|--------|--------|
| | CASE NO. | **13CV02763** | | | | |
| 7/14/2016 | Original | | 52.00 | Pages at | $4.59 | 238.68 |

| | |
|---|---|
| Net Invoice: | 238.68 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 238.68 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

Plainti f s I emiz tion of Costs          25          C se No.: 13 c -2763

**Fees for Printing**

| Date | Description | Cost |
|------|-------------|------|
| 4/24/2013 | Gallagher Printing - printing copies of the Summons and Complaint | $94.83 |
| 5/1/2013 | Gallagher Printing - exhibits for court appearance | $70.70 |
| 3/14/2014 | Copying, Supplies, Exhibit printing for trial | $854.68 |
| 6/12/2015 | Gallagher Printing – Xerox copies of Trial Exhibits. | $212.99 |
| 6/15/2015 | Printing and Supplies for trial | $236.64 |
| 6/15/2015 | Printing and Supplies, and Demonstratives for trial | $979.89 |

Consolidated cases
Total costs for printing fees $2,449.73
apportionment request (50%) $1,224.87

| Date | Description | Cost |
|------|-------------|------|
| 7/8/2016 | Printing and Copies for Trial Exhibits | $750.37 |
| 7/9/2016 | Printing and Copies for Trial Exhibits | $17.82 |
| 7/9/2016 | Supplies for trial | $45.65 |
| 7/9/2016 | Printing demonstrative for trial | $160.05 |
| 7/9/2016 | Printing demonstrative for trial | $160.05 |

Remaining 13-cv-2763 case
costs for printing fees $1,133.94

**Total costs for printing fees** $2,358.81



RECEIPT

# GALLAGHER PRINTING, INC.

9195 MAIN STREET, CLARENCE, NEW YORK 14031   (716) 632-0808   FAX (716) 632-8586

Quick Copy and Commercial Printing

TO: LoTempio
Ashley – 853-1111

DATE: 5-1-13

JOB #

| QUANTITY | DESCRIPTION | PRICE | |
|----------|-------------|-------|---|
| 652 | Copies – Collated + Stapled    *PAID IN FULL GALLAGHER PRINTING* | 65 | 00 |

| | | | |
|---|---|---|---|
| ☐ CASH | | SUBTOTAL | 65 | 00 |
| ☑ CHECK NO. 5142 | | TAX | 5 | 70 |
| DATE PAID _____ | | TOTAL | 70 | 70 |
| RECEIVED BY _____ | | DEPOSIT | | |
| | | BALANCE DUE | | |

$70.70
Allowable



| | |
|---|---|
| | 200.36 |
| | 123.09 |
| | 92.52 |
| | 200.01 |
| | 5.43 |
| | 204.69 |
| | 28.58 |
| | **$854.68** |

**FedEx Office.**

gust 31, 2013

**FedEx Office.**

Date

** RE-PRINT on March 20, 2014 **

March 20, 2014 23:36     Page: 1
Receipt #: 0219229863
MasterCard #: XXXXXXXXXXXX6718
Reference : <PO not entered>
2014/03/20 22:49

| Qty | Description | Amount |
|---|---|---|
| 12 | PC Basic Station Time/Minute | 3.60 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 13 | Computer B&W Prints Letter/Legal | 6.37 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 2 | Computer Color Prints Letter/Legal | 1.98 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 50 | Computer B&W Prints Letter/Legal | 24.50 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |

SubTotal     184.03
Taxes     16.33
Total     200.36 ⑦

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

ALLOWABLE @ 323.45

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York, NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/wellstan
Offer Code: ___ O

March 20, 2014 23:36     Page: 1
Receipt #: 0219229864
MasterCard #: XXXXXXXXXXXX6718
Reference : 000
2014/03/20 23:02

| Qty | Description | Amount |
|---|---|---|
| 27 | PC Basic Station Time/Minute | 8.10 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 7 | Computer Color Prints Letter/Legal | 6.93 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 7 | Computer Color Prints Letter/Legal | 6.93 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 9 | Computer Color Prints Letter/Legal | 8.91 |
| 23 | Computer Color Prints Letter/Legal | 22.77 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 5 | Computer Color Prints Letter/Legal | 4.95 |
| 6 | Computer Color Prints Letter/Legal | 5.94 |
| 10 | Computer Color Prints Letter/Legal | 9.90 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 4 | Computer B&W Prints Letter/Legal | 1.96 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer Color Prints Letter/Legal | 1.98 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 1 | PC Basic Station Time/Minute | 0.30 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |

SubTotal     113.06
Taxes     10.03
Total     123.09

March 20, 2014 23:36     Page: 2
Receipt #: 0219229864
MasterCard #: XXXXXXXXXXXX6718
Reference : 000
2014/03/20 23:02

FedEx Office Print & Ship Centers    ⑧

1122 Lexington Ave
New York, NY 10021
212-628-5500





March 21, 2014 00:24                         Page: 1
Receipt #: 0219229870
MasterCard #: XXXXXXXXXXXX6718
Reference : 8THI
2014/03/21 00:03

| Qty | Description | Amount |
|-----|-------------|--------|
| 86 | ES Color S/S LTR | 53.32 |
| 100 | ES B&W S/S White 8.5 x11 | 12.00 |
| 23 | ES Color S/S LTR | 14.26 |
| 45 | ES B&W S/S White 8.5 x11 | 5.40 |

|  | SubTotal | 84.98 |
|  | Taxes | 7.54 |
|  | Total | 92.52 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York,NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:____ Offer expires 6/30/14

Please Recycle Ti

---

** RE-PRINT on March 21, 2014 **

March 21, 2014 00:24                         Page: 1
Receipt #: 0219229867
MasterCard #: XXXXXXXXXXXX6718
Reference : <PO not entered>
2014/03/20 23:37

| Qty | Description | Amount |
|-----|-------------|--------|
| 72 | ES B&W S/S White 8.5 x11 | 8.64 |
| 317 | ES B&W S/S White 8.5 x11 | 38.04 |
| 221 | ES Color S/S LTR | 137.02 |

|  | SubTotal | 183.70 |
|  | Taxes | 16.31 |
|  | Total | 200.01 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York,NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:____ Offer expires 6/30/14

Please Recycle This Receipt

** RE-PRINT on Marc

*ALLOWABLE*
*$292.53*

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1122 Lexington Ave
New York, NY 10075
Tel: (212) 628-5500

3/21/2014                    12:21:42 AM EST
Team Member: Dean T.

### SALE

| | | | |
|---|---|---|---|
| BTCRream 24/60#GrnLtr | 1 @ | 4.9900 T | |
| 007975 Reg. Price | 4.99 | | |
| Regular Total | 4.99 | | |
| Discounts | 0.00 | | |
| Total | 4.99 | | |

| | |
|---|---|
| Sub-Total | 4.99 |
| Tax | 0.44 |
| Deposit | 0.00 |
| Total | 5.43 |
| MasterCard (S) | 5.43 |
| Account: 6718 | |
| Auth: 071272 (A) | |
| Total Tender | 5.43 |
| Change Due | 0.00 |
| Total Discounts | 0.00 |

*021900590094*

# FedEx Office

FedEx Office
105 Duane St
New York, NY 10007-3801
(212) 406-1220

| | |
|---|---|
| Order Date: 03/23/2014 | Branch: 0231 |
| Order Time: 12:21:53 | Register: 03 |
| Pickup Date: 03/24/2014 | |
| Pickup Time: 07:00 | |
| Team Member: Howard M. | |

*For what NO Description NOT Allowable*

PICK UP ORDER

023101HQN1

Customer: Bonnie Wolf

| | |
|---|---|
| Total Order | 204.69 |
| Total Paid Online | 204.69 |
| Sub-Total | 0.00 |
| Balance Due | 0.00 |

*ALLOWABLE 5.43 2019*

PICK UP ORDER

023101HQN1

Thank you for visiting.

FedEx Office
... It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

81.40
− 52.82
Total $  28.58



**FedEx Office.**

March 23, 2014 20:36                      Page: 1
Receipt #: 0231743012
MasterCard #: XXXXXXXXXXX6718
Reference: ATHI
2014062621 20.00

| Qty | Description | Amount |
|-----|-------------|--------|
| 7 | PC Basic Station Time/Minute | 2.10 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 5 | Computer Color Prints Letter/Legal | 4.95 |
| 9 | PC Design Station Time/Minute | 2.70 |
| 18 | White 8.5 x 11 | 2.16 |
| | | 26.04 |
| | | 2.52 |
| | | 10.38 |

Sub-Total     74.77
Taxes          6.63
Total         81.40

Earn points with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York, NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 6/30/14

Please Retain This Receipt



FedEx Office is your destination
for printing and shipping.

105 Duane St
New York, NY 10007-3601
Tel: (212) 406-1220

3/23/2014                  8:47:03 PM EST
Team Member: Howard M.
Customer: bonnie wolf

REFUND

Comp CLR 8.5x11      -49 @    0.9900 T
  002469 Reg. Price    0.99
  EP-Spoilage

Sub-Total                    (48.51)
Tax                           (4.31)
Deposit                        0.00

Total                        (52.82)

MasterCard (S)               (52.82)
  Account: 6718
  Auth: SysAuthCode (A)

Total Tender                 (52.82)
Change Due                     0.00

*  0 2 3 1 0 0 3 7 1 7 1  *

$81.40
−52.82
$28.58
Authorized

33                              Case No.: 13 c -2763



# GALLAGHER
# PRINTING, INC.

9195 Main Street, Clarence, NY 14031
(716) 632•0808    (716) 632•8586 FAX
EMAIL: INFO@GALLAGHERPRINTING.COM
VISIT OUR WEBSITE: WWW.GALLAGHERPRINTING.COM

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2015 | 506132 |

**PAID**
06/12/2015

**Bill To**

KLOSS, STENGER & LoTEMPIO
9545 MAIN STREET
CLARENCE, NY 14031

| | P.O. Number | Terms | Rep |
|---|---|---|---|
| | | Due on receipt | C |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 8 | XEROX COPIES X 119 PAGES | 185.86T |
| | HOLE PUNCHING | 10.00T |
| | ORDER PLACED BY JUSTIN | |
| | Sales Tax | 17.13 |

*Allowable*
*212.99*

| | **Total** | **$212.99** |
|---|---|---|



16.02    0
52.34
70.20
98.08
$236.64

220.62
ALLOWABLE

$



**FedEx Office**℠

June 14, 2015 19:26                          Page: 1
Receipt #: 0231810448
MasterCard #: XXXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/14 19:16

| Qty | Description | Amount |
|---|---|---|
| 10 | PC Basic Station Time/Minute | 3.00 |
| 16 | Computer B&W Prints Letter/Legal | 7.84 |
| 32 | Computer B&W Prints Letter/Legal | 15.68 |
| 4 | Computer B&W Prints Letter/Legal | 1.96 |
| 20 | Computer B&W Prints Letter/Legal | 9.80 |
| 8 | Computer B&W Prints Letter/Legal | 3.92 |
| 12 | Computer B&W Prints Letter/Legal | 5.88 |

|  | SubTotal | 48.08 |
|---|---|---|
|  | Taxes | 4.26 |
|  | Total | 52.34 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

**FedEx Office Print & Ship Centers**

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

---

**STAPLES**

217 Broadway
NEW YORK, NY 10007
(212) 346-9624
NYC DCA EL#1230213 NYC DCA EHASD#1241338
SALE                    1638412 2 002 32841
0193 06/14/15 05:51

QTY SKU                          PRICE

*****Promotion*****
1  BINDER CLIP 8PK LA
   718103156745              4.49
1  BINDER CLIP 8PK LA
   718103156745              2.24
   * Reg. Price 4.49
   * Item Discount <-2.25>
Total Promotion Discount <-2.25>
*********************************
1  BINDER CLIP 8PK LA
   718103156745              4.49
1  BIC RND STIC GRP B
   070330139039              3.49    Supplies
SUBTOTAL                    14.71    NOT
   Standard Tax 8.875%       1.31   Allowed
TOTAL                      $16.02

MasterCard                  16.02
Card No.: XXXXXXXXXXXX8199 [S]
Auth No.: 03279J

                          $ 16.02

   TOTAL          4

---

FedEx Office.

June 15, 2015 13:48
Receipt #: 0231810591                          Page: 1
MasterCard #: XXXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/15 13:35

| Qty | Description | Amount |
|-----|-------------|--------|
| 496 | ES B&W S/S White 8.5 x11 | 64.48 |

|  | SubTotal | 64.48 |
|  | Taxes | 5.72 |
|  | Total | 70.20 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt



FedEx Office.

June 16, 2015 13:39
Receipt #: 0231810032                          Page: 1
MasterCard #: XXXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/16 13:26

| Qty | Description | Amount |
|-----|-------------|--------|
| 276 | PNG B&W S/S 8.5x11 & 8.5x14 | 35.88 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |

|  | SubTotal | 90.09 |
|  | Taxes | 7.99 |
|  | Total | 98.08 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt



67.31   0  NOT ALLOWABLE
28.03   0   "     "
9.98    0   "     "
112.15  0   "     "
376.10  36.15 ALLOWABLE
188.34  Not allowable
28.30   "     "
17.38
4.25    4.25
160.05  NOT ALLOWABLE
$925.89
        8370.40
        the allowable is

KLOS

Address:         105 DUANE ST
                 NEW YORK
                 NY 10007
Location:        FIDKK
Device ID:       -BTC01
Transaction:     850116231936

Confirmation
of
Cancel

FedEx Standard Overnight
780848383626      7.1 LB  (S)        67.31 ①
    Direct signature required
    Declared Value   900

Fragile- Large, Laptop
790363010913      1   (T)        $22.99 ②

            Shipment subtotal:    $67.31
    Merchandise taxable subtotal: $22.99
    Tax(County2): 0.375%          $0.09
    Tax(State): 4.000%            $0.92
    Tax(City): 4.500%             $1.03
                                $25.03 ③

            Total Due:           $92.34

            (S) CreditCard:      $92.34
    ************4669

SHIPPING
FEES
NOT
ALLOWABLE

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

Visi         com
Or  call  1.800  .com  Fx
         1.800.463.3339

❄️
**FedEx Office**

June 14, 2015 12:19
Receipt #: 0231810414                     Page: 1
MasterCard #: XXXXXXXXXXXX4669
Reference : <PO not entered>
2015/06/14 12:17

| Qty | Description | Amount |
|-----|-------------|--------|
| 3 | PC Basic Station Time/Minute | 0.90 |
| | SubTotal | 0.90 |
| | Taxes | 0.08 |
| | Total | 0.98 |

*Missing another $.08*

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

$0
NOT
Allowable

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

binders
for
trial

**OfficeMax**

OFFICE DEPOT STORE 493
8040 Main Street
Williamsville NY 14221
(716) 626-2662
06/12/2016   15.2.4        3:17 PM
STR 493  REG#   TRN  917 EMP 643475

SALE
Product ID    Description      Total
837558 .RNFRCMNT,200PK        3.29 SS
208819  BDR,ODP,VW,1",
  8 @ 5.49                    43.92
          You Pay            43.92SS
408753 .INDX,LGL,1-25,
  8 @ 6.99                    55.92
          You Pay            55.92SS

          Subtotal:         103.13
Sales Tax:                     9.02
          Total:           112.15
     MasterCard 4669:       112.15
*************************************
#42.15

Shop online at www.officedepot.com

*************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer survey
and receive a coupon for $10 off your
next qualifying purchase of $60 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below.

Survey Code:

A49X 0WTR JZ52
*************************************

22VTYU5PUR35B6648

Now one company. Now great savings.
Office Depot, Inc., including its
subsidiary OfficeMax Incorporated



63.36

# FedEx Office

FedEx Office is your destination
for printing and shipping.

105 Duane St
New York, NY 10007-3601
Tel: (212) 406-1220

6/14/2015          7:56:48 PM EST
Team Member: Howard M.
Customer: amanda wiseman

SALE

| A-3-24-2014 trial tr | Qty 4 | 42.00 |
|---|---|---|

| BW 1S on 24# Wht | 280 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece    10.50
Regular Total      42.00
Discounts           0.00

| B-3-24-2014 trial tr | Qty 4 | 71.40 |

| BW 1S on 24# Wht | 476 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece    17.85
Regular Total      71.40
Discounts           0.00

| C-3-24-2014 trial tr | Qty 4 | 67.80 |

| BW 1S on 24# Wht | 452 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece    16.95
Regular Total      67.80
Discounts           0.00

| D-3-24-2014 trial tr | Qty 4 | 21.00 |

| BW 1S on 24# Wht | 140 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece     5.25
Regular Total      21.00
Discounts           0.00

*Allowable*
*$306.15*

| BW 1S on 24# Wht | 528 @ | 0.1200 T |
| 000330 Reg. Price | 0.15 | |

Price per piece    15.84
Regular Total      79.20
Discounts          15.84

| F-3-24-2014 trial tr | Qty 4 | 22.20 |

| BW 1S on 24# Wht | 148 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece     5.55
Regular Total      22.20
Discounts           0.00

| G-3-24-2014 trial tr | Qty 4 | 24.60 |

| BW 1S on 24# Wht | 164 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |

Price per piece     6.15
Regular Total      24.60
Discounts           0.00

| drilling | Qty 4 | 23.13 |

| Drill Per Sheet | 2188 @ | 0.0100 T |
| 000371 Reg. Price | 0.01 | |
| Drilling Setup | 1 @ | 1.2500 T |
| 000372 Reg. Price | 1.25 | |

Price per piece     5.78
Regular Total      23.13
Discounts           0.00

| Binder Clips 1.25 in | 4 @ | 1.9900 T |
| 006585 Reg. Price | 1.99 | |
| Binder Clips Sm 12Pk | 1 @ | 1.9900 T |
| 007192 Reg. Price | 1.99 | |

Regular Total       9.95
Discounts           0.00

Total              9.95

*NOT Allowable*

Sub-Total         345.44
Tax                30.66
Deposit             0.00

Total             376.10

MasterCard (M)    376.10
    Account:  4669
    Auth: 04509J (A)

Total Tender      376.10
Change Due          0.00





Address:          105 DUANE ST
                  NEW YORK
                  NY 10007
Location:         FIDKK
Device ID:        -BTC01
Transaction:      850116231481

---

FedEx Express Saver
780848321639    52.0 LB  (S)      188.34 ①
   Declared Value   0.00

Fragile- Large, 24x24x24
790363010975          1   (T)     $25.99 ②

        Shipment subtotal:        $188.34
  Merchandise taxable subtotal:    $25.99
       Tax(County2): 0.375%        $0.10
       Tax(State): 4.000%          $1.04
       Tax(City): 4.500%           $1.17

   # 28.30  ③
              Total Due:          $216.64

           (S) CreditCard:        $216.64
        ************4669

   NOT ALLOWED
   BD

      H = Weight entered manually
      S = Weight read from scale
      T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

      Visit us at: fedex.com
      Or call 1.800.GoFedEx
         1.800.463.3339

   June 19, 2015 11:52:26 AM

---

Address:          105 DUANE ST
                  NEW YORK
                  NY 10007
Location:         FIDKK
Device ID:        -BTC01
Transaction:      850116232207

---

FedEx Ground
780848414099    8.6 LB  (S)       17.38
   Declared Value   300

        Shipment subtotal:        $17.38

              Total Due:          $17.38

           (S) CreditCard:        $17.38
        ************4669

      H = Weight entered manually
      S = Weight read from scale
      T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

      Visit us at: fedex.com
      Or call 1.800.GoFedEx
         1.800.463.3339

   June 19, 2015 12:02:47 PM

---

********* WE LISTEN *********
   Tell us how we're doing
& receive a        on your next order!
      fedex.com         800-398-0242
      Redempt

   *** Thank you *** c -2763



**FedEx Office.**

June 14, 2015 12:15                         Page: 1
Receipt #: 0231810410
MasterCard #: XXXXXXXXXXXX4669
Reference : <PO not entered>
2015/06/14 12:07

| Qty | Description | Amount |
|-----|-------------|--------|
| 30  | PNG B&W S/S 8.5x11 & 8.5x14 | 3.90 |

|  | SubTotal | 3.90 |
|  | Taxes | 0.35 |
|  | Total | 4.25 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

**FedEx Office Print & Ship Centers**

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

---

**FedEx Office.**

FedEx Office
105 Duane St
New York, NY 10007-3601
(212) 408-1220          Branch: 0231
Order Date: 06/13/2015    Register: 04
Order Time: 01:35:09
Pickup Date: 06/13/2015
Pickup Time: 20:00
Team Member: Ovidio M.

PICK UP ORDER

0231025MR1

Customer: Bonnie Wolf

Total Order                        160.05
Total Paid Online                  160.05

Sub-Total                            0.00
Balance Due                          0.00

PICK UP ORDER

0231025MR1

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---



**FedEx**Office.

7/8/2016

**FedEx**Office. ✳

July 09, 2016 15:04                    Page: 1
Receipt #: 0231869497
MasterCard #: XXXXXXXXXXXX4669
Reference : <PO not entered>
2016/07/09 15:00

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.69 |
| 14 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.96 |
| 63 | PNG B&W S/S 8.5x11 & 8.5x14 | 8.82 |
| 7 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.98 |
| 14 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.96 |
| 14 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.96 |

|  | SubTotal | 16.37 |
|  | Taxes | 1.45 |
|  | Total | 17.82 |

$17, 82  T.S.

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
15% off your next $20 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2016

Please Recycle This Receipt

FedEx Office
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-488-3705
Order Date: 07/08/2016        Branch: 0231
Order Time: 00:48:49          Register: 03
Pickup Date: 07/08/2016
Pickup Time: 16:00
Team Member: Reynold C.

PICK UP ORDER

023102DKH1

Customer: Bonnie Wolf

Total Order                     750.37
Total Paid Online               750.37

Sub-Total                         0.00
Balance Due                       0.00

PICK UP ORDER    T.S.

023102DKH1    $750.37

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

Printing

# FedExOffice. ✳

7/9/2016

FedEx Office is your destination
for printing and shipping.

105 Duane St
New York, NY 10007-3601
Tel: (212) 406-1220

7/9/2016                    2:56:31 PM EST
Team Member: Reynold C.

SALE

BndrEcoVw 2inBlk 1Ct          5 @     5.9900 T
  004407 Reg. Price          5.99
BndrEcoVw 2inWht 1Ct          2 @     5.9900 T
  004408 Reg. Price          5.99

    Regular Total          41.93
    Discounts               0.00

    Total                  41.93

                                          $0
                                    NOT
                                    ALLOWABLE

Sub-Total                              41.93
Tax                                     3.72
Deposit                                 0.00

Total                                 (45.65)

MasterCard (S)                         45.65
    Account: 4669
    Auth: 01803J (A)

    Total Tender                       45.65
    Change Due                          0.00

                                     $45.65
                                      T.S.
Total Discounts          0.00

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 0 2 3 1 0 0 3 2 2 2 7 *
                                    copies



**Chi Dien Mai**

**Subject:**          FW: FedEx Office Print Online order confirmation (Order GTN 1016219343153238)

*Print*
*Demonstrative*

---------- Forwarded message ----------
From: <no-reply.ecommerce@fedex.com>
Date: Sat, Jul 9, 2016 at 9:19 PM
Subject: FedEx Office Print Online order confirmation (Order GTN 1016219343153238)
To: bonniewolf@iplg.com


## This is an automated response, please do not reply to this email ##

Dear Bonnie Wolf,

Thank you for choosing FedEx Office. This e-mail confirms that we have received your order. Please retain this e-mail for your records.

You are welcome to follow up with the center if you have any questions.

If you need to cancel this order, please call FedEx Office customer relations at 1.800.GoFedEx or 1.800.463.3339 as soon as possible. You can reference your order by Order Number 1016219343153238. Please note that most jobs go into production within 15 minutes of receipt. Orders cancelled after going into production may be subject to a charge.

All jobs produced for customers will be retained for 30 days after the order ready by date on the receipt at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order GTN number: 1016219343153238

Order Price
Subtotal: $147.00
Shipping: $ --
Packing & Handling: $ --
Tax: $13.05
Total: $160.05

Payment by: Credit Card

See order details for each recipient below

ORDER_DETAIL -- Part 1

Job GTN number: 1013182740407417

FedEx Office center producing order: Center - 0231 : 105 Duane St NEW YORK, NY 10007-3601 UNITED STATES

Phone: (212) 406-1220

*$0
Seems To Be
Posters
Print Demonstrative
Does not give any
other description*